UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> Plaintiff, § <br> § <br> v. §   CIVIL NO. <br> § <br> $240,823.00 in U.S. CURRENCY § <br> Defendant. § | |

VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America files this action for forfeiture in rem and alleges upon information and belief:

*Nature of Action*

1. This is an action to forfeit property to the United States pursuant to 21 U.S.C. § 881(a)(6).

*Defendant Property*

2. The Defendant is $240,832.00 in United States Currency (the "Defendant Property").

3. On or about December 18, 2018, law enforcement officers seized the Defendant Property from the residence of Dr. Janis Jean Fowler-Gulde (hereinafter Fowler-Gulde) in Houston, Texas. The Defendant Property is currently in the custody of the United States Marshals Service for the Southern District of Texas.

*Jurisdiction and Venue*

4. The Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b)(1), 1391(b) and 1395.

*Statutory Basis for Forfeiture*

6. The Defendant Property is subject to forfeiture under 21 U.S.C. § 881(a)(6) which provides for the forfeiture of money and other things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange, and all moneys used or intended to be used to facilitate a violation of the Controlled Substances Act.  Underlying violations of the Act include 21 U.S.C. § 841 (Distribution of Controlled Substances) and 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances).

*Facts*

7. The United States alleges that Fowler-Gulde conspired with other persons to operate the Med Center Clinic, located at 8700 S. Braeswood Blvd., and the South Post Oak Clinic located at 14206 S. Post Oak Road in Houston, Texas, as "pill mill" clinics and unlawfully diverted Schedule II controlled substances including hydrocodone, oxycodone and carisoprodol.

8. Fowler-Gulde was a Houston area physician who worked at Med Center Clinic and South Post Oak Clinic from on or about January 1, 2015, through on or about

September 19, 2018.  While employed there, she signed 11,065 prescriptions for oxycodone totaling 1,312,180 dosage units; 7,877 prescriptions for hydrocodone totaling 928,425 dosage units; and 10,622 prescription for carisoprodol totaling 939,496 dosage units.  The prescription were sold to drug dealers and drug seekers for non-medical reasons and without the medical examination of patients. The criminal activity at both clinics generated over $1,072,500.00 in proceeds and cash payments to Fowler-Gulde.

9. Fowler-Gulde also operated her own clinic, Transitional Care Clinic located at 525 Blossom St., Webster, Texas.  She sold oxycodone prescriptions for non-medical reasons to persons willing to pay $500.00 per prescription.  Fowler-Gulde did not conduct medical examinations before issuing the prescriptions.

10. Fowler-Gulde spoke to DEA investigators during the search of her residence on December 18, 2018.  During the interview, she admitted that she voluntarily wrote non-medically related prescriptions for Med Center Clinic and South Post Oak Clinic and that the $240,823.00 found by investigators in her residence was derived from criminal activity run out of both clinics.

## NOTICE TO ANY POTENTIAL CLAIMANT

YOU ARE HEREBY NOTIFIED if you assert an interest in the property subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The verified claim must be filed no later than 35 days from the date this complaint was sent to you in accordance with Rule G(4)(b); or, if

this Complaint was not sent to you, no later than 60 days after the first day of publication of notice on an official internet government forfeiture site, in accordance with Rule G(5)(a)(ii)(B).

An answer or a motion under Fed. R.Civ.P. 12 must be filed no later than 21 days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas, and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this Complaint.

### *Relief Requested*

The United States seeks a final judgment forfeiting the Defendant Property to the United States and requests any other relief to which the United State may be entitled.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney


By:     s/ Abe Martinez
        Abe Martinez
        Assistant United States Attorney
        U.S. Attorney's Office
        Southern District of Texas
        1000 Louisiana, Suite 2300
        Houston, Texas  77002
        (713) 567-9349
        abe.martinez@usdoj.gov

*Verification*

I, Anthony L. Armour, a Special Agent with the United States Drug Enforcement Administration, declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Forfeiture in Rem and Notice to Potential Claimants, and that the facts stated are based upon either my personal knowledge, upon information obtained from other law enforcement personnel, or upon information obtained during the course of the investigation. Those facts are true and correct to the best of my knowledge and belief.

Executed on the 30th day of May, 2019.

Anthony L. Armour
Special Agent
U.S. Drug Enforcement Administration